UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 04, 2026

Joan Kane
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

Mr. Robert Grady Johnson
Mack Alford Correctional Center
P.O. Box 220
Stringtown, OK 74569
# 146499

**RE:**    **25-6165, Johnson v. Green**
Dist/Ag docket: 5:25-CV-00365-G

Dear Clerk and Appellant:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's final order takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/at